IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| WILLIAM RICARDO RUIZ HEREDIA, | § § § | |
| Petitioner, | § § | |
| v. | § § | CAUSE NO. EP-26-CV-143-KC |
| WARDEN, ERO EL PASO CAMP EAST MONTANA et al., | § § § § | |
| Respondents. | § | |

## ORDER

On this day, the Court considered the case. On February 3, 2026, the Court granted in part William Ricardo Ruiz Heredia's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Feb. 3, 2026, Order 2–3, ECF No. 7.

Respondents have now informed the Court that a bond hearing was held before an Immigration Judge ("IJ") on February 10, 2026. Corrected Status Report 1, ECF No. 10. However, at that bond hearing the IJ denied bond "finding that decisions in *Buenrostro-Mendez v. Bondi*, Nos. 25-20496, 25-40701 (5th Cir. Feb. 6, 2026), and *Matter of Yajure-Hurtado*, 29 I&N Dec. 216 (BIA 2025) establish that the court lacks jurisdiction to grant the requested relief." *Id.*; *see id.* Ex. A ("IJ Order"), ECF No. 10-1. According to Respondents' counsel, "the agency has indicated they intend to release Petitioner in compliance with this Court's Order" and that they "will file an advisory updating the Court as to the release once the information is received."

2

Corrected Status Report 1.  Respondents' deadline to provide Ruiz Heredia with a bond hearing or release him, however, was February 10, 2026.  Feb. 3, 2026, Order 2–3.  That deadline has now passed.  And Respondents have not filed an updated notice informing the Court of Ruiz Heredia's release.

Accordingly, the Court **ORDERS** that Respondents shall **FILE** an updated notice stating whether Ruiz Heredia has been released **by no later than February 13, 2026**.

**SO ORDERED**.

**SIGNED** this 12th day of February, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE